Dismissed and Memorandum Opinion filed March 2, 2006









Dismissed and Memorandum Opinion filed March 2, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00708-CV

____________

 

DONNA LAI, Appellant

 

V.

 

MARY NGUYEN LU AND ALLSTATE
INSURANCE COMPANY, Appellees

 



 

On Appeal from the 281st District
Court

Harris County, Texas

Trial Court Cause No.
03-26793

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed April 20, 2005.  The clerk=s record was filed on August 29,
2005.  No brief was filed.

On January 5, this Court issued an order stating that unless
appellant submitted her brief, together with a motion reasonably explaining why
the brief was late, on or before February 6, 2006, the Court would dismiss the
appeal for want of prosecution.  See
Tex. R. App. P. 42.3(b).

Appellant filed no response. 
Accordingly, the appeal is ordered dismissed.








 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed March 2, 2006.

Panel consists of Justices Hudson,
Fowler, and Seymore.